**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries

### 01/08/2026
Entry of Appearance Filed
Entry of Appearance; Electronic Filing Certificate of Service.
   **Filed By:** KARL ALEXANDER BORGSMILLER
   **On Behalf Of:** WATSON PLAZA LLC, A MISSOURI LIMITED LIABILITY COMPANY

### 01/05/2026
**Judge Assigned**
DIV 15
**Filing Info Sheet eFiling**

   **Filed By:** ZACHARY R MCMICHAEL
Pet Filed in Circuit Ct
Petition; Exhibit A pt. 1; Exhibit A pt. 2.
   **Filed By:** ZACHARY R MCMICHAEL
   **On Behalf Of:** WATSON PLAZA LLC, A MISSOURI LIMITED LIABILITY COMPANY