Exhibit B

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries ▼

**01/08/2026**

    Entry of Appearance Filed
    Entry of Appearance; Electronic Filing Certificate of Service.
        **Filed By:** KARL ALEXANDER BORGSMILLER
        **On Behalf Of:** WATSON PLAZA LLC, A MISSOURI LIMITED LIABILITY COMPANY

**01/05/2026**

    **Judge Assigned**
    DIV 15
    **Filing Info Sheet eFiling**

        **Filed By:** ZACHARY R MCMICHAEL
    Pet Filed in Circuit Ct
    Petition; Exhibit A pt. 1; Exhibit A pt. 2.
        **Filed By:** ZACHARY R MCMICHAEL
        **On Behalf Of:** WATSON PLAZA LLC, A MISSOURI LIMITED LIABILITY COMPANY